IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY WADE AND LINDA WADE, H/W | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| V. | ) | C.A. NO.______________ |
| | ) | |
| THE GIANT COMPANY, LLC | ) | |
| AND | ) | |
| JOHN DOES 1-10 | ) | |
| | ) | |
| DEFENDANTS. | | |

## ORDER OF COURT

AND NOW, this ___ day of _______________________, 2026, upon consideration of the Notice of Removal of Defendant, The GIANT Company, LLC, it is hereby ordered that the above-captioned action is removed on **diversity-of-citizenship jurisdictional grounds** from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

IT IS SO ORDERED,

_____________________________
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY WADE AND LINDA WADE, H/W | ) | |
| PLAINTIFFS, | ) | C.A. NO.______________ |
| V. | ) | |
| THE GIANT COMPANY, LLC AND JOHN DOES 1-10 | ) | |
| DEFENDANTS. | | |

## NOTICE OF REMOVAL

AND NOW, Comes the Defendant, The GIANT Company, LLC, by and through its attorneys, Marshall Dennehey, P.C., and pursuant to 28 U.S.C. § 1441 *et seq*., asserts the following in support of this Notice of Removal of the above-captioned action from the Court of Common Pleas of Philadelphia, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania:

1. A civil action styled *Leroy Wade and Linda Wade, h/w vs. The GIANT Company, LLC and John Does 1-10*, was commenced via Complaint filed with the Court of Common Pleas of Philadelphia County, Pennsylvania on July 31, 2026 at Case 260800011 attached hereto as Exhibit A. Plaintiffs' Complaint was filed on July 31, 2026 in the Court of Common Pleas of Philadelphia County, Pennsylvania and Appended hereto as Exhibit A. Exhibit B is a true and correct copy of all other filings with the Court of Common Pleas of Philadelphia County in Plaintiffs' state court action.

2. Per Plaintiffs' Complaint, this negligence case concerns an incident wherein the plaintiff allegedly slipped and fell on liquid at the Harrisburg, PA Giant on 8/3/25. (See Exhibit "A").

3. There exists complete diversity of citizenship between both Plaintiffs and Defendants. Specifically:

a. Plaintiffs are citizens of the Commonwealth of Pennsylvania and domiciled at 3859 North 6th Street, Harrisburg, PA 17110.

b. The Giant Company, LLC is a limited liability company organized and existing under the laws of the State of Nevada.

c. The Giant Company, LLC's sole member is Giant Carlisle Holding, LLC, a limited liability company organized and existing under the laws of the State of Delaware.

d. Giant Carlisle Holding, LLC's sole member is Ahold Central Holdings LLC, a limited liability company organized and existing under the laws of the State of Delaware.

e. Ahold Central Holdings LLC's sole member is Ahold U.S.A., Inc., a business corporation organized and existing under the laws of the State of Maryland and which maintains its principal place of business in Quincy, Massachusetts.

4. Accordingly, for purposes of diversity jurisdiction, Plaintiffs are citizens of the Commonwealth of Pennsylvania, while Defendants collectively are citizens of the States of Delaware, Nevada, Maryland, and Massachusetts.

5. It is believed this action concerns a matter in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

6. This Notice of Removal is filed within thirty days of the July 31, 2026 date-of-service of Plaintiffs' Complaint upon The Giant Company, LLC, which constituted the initial pleading setting forth a claim for relief upon which this action is based.

7. This action thus is one over which the District Courts of the United States possess original jurisdiction pursuant to 28 U.S.C. § 1332: there exists complete diversity of citizenship between Plaintiffs and Defendant, and the amount in controversy is believed to exceed the sum or value of $75,000.00, exclusive of interest and costs.

8. Written notice of the filing of this Notice of Removal will be promptly served upon counsel for Plaintiffs after filing the same with the United States District Court for the Eastern District of Pennsylvania, as required by law. Additionally, a true and correct copy of this Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, promptly after the filing of the Notice with the United States District Court for the Eastern District of Pennsylvania, as required by law.

9. By filing this Notice of Removal, Defendant does not waive any defense which may be available to it in this action.

WHEREFORE, Defendant, The GIANT Company, LLC, respectfully requests that this Honorable Court assume subject matter jurisdiction over this action on the basis of diversity jurisdiction as set forth in this Notice of Removal.

Respectfully submitted by,
MARSHALL DENNEHEY, P.C.

Laurianne Falcone, Esquire
Pa. I.D. # 85764

2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail: LAFalcone@mdwcg.com

Attorney for Defendant,
The GIANT Company, LLC

Dated: 8/19/26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY WADE AND LINDA WADE, H/W | ) | |
| | ) | |
| PLAINTIFFS, | ) | C.A. NO.______________ |
| V. | ) | |
| | ) | |
| THE GIANT COMPANY, LLC AND JOHN DOES 1-10 | ) | |
| DEFENDANTS. | | |

## PROOF OF FILING

I, Laurianne Falcone, Esquire, hereby certify that a true and correct copy of Defendant's Notice of Removal in the above-captioned action shall be filed with the Court of Common Pleas of Philadelphia County, Pennsylvania at Docket No. 260800011 upon this Honorable Court's acceptance for filing of such Notice and the issuance of a Civil Action Number for this removed action.

Respectfully submitted by,

MARSHALL DENNEHEY, P.C.

_______________________________
Laurianne Falcone, Esquire
Pa. I.D. # 85764

2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail: LAFalcone@mdwcg.com

Attorney for Defendant, The GIANT Company, LLC

Dated: 8/19/26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY WADE AND LINDA WADE, H/W | ) | |
| | ) | |
| PLAINTIFFS, | ) | C.A. No.______________ |
| v. | ) | |
| | ) | |
| THE GIANT COMPANY, LLC AND JOHN DOES 1-10 | ) | |
| DEFENDANTS. | | |

**CERTIFICATION**

I, Laurianne Falcone, hereby certify that the facts set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.

Respectfully submitted by,
MARSHALL DENNEHEY, P.C.

________________________________

Laurianne Falcone, Esquire
Pa. I.D. # 85764

2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail: LAFalcone@mdwcg.com
Attorney for Defendant, The GIANT Company, LLC

Dated: 8/19/26

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Filing of Removal was served this date, via electronic filing, to the following:

Mark R. Cohen Esquire
Morgan & Morgan Philadelphia PLLC
mark.cohen@forthepeople.com
2005 Market Street
One Commerce Square, Suite 350
Philadelphia PA 19103

Respectfully submitted by,
Marshall Dennehey, P.C.

_________________________________
Laurianne Falcone, Esquire
Pa. I.D. # 85764
2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail: LAFalcone@mdwcg.com
Attorney for Defendant, The GIANT Company

Dated: 8/19/26

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY WADE AND LINDA WADE, H/W | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| V. | ) | C.A. NO.______________ |
| | ) | |
| THE GIANT COMPANY, LLC | ) | |
| AND | ) | |
| JOHN DOES 1-10 | ) | |
| | ) | |
| DEFENDANTS. | | |

**TABLE OF CONTENTS**
**TO NOTICE OF REMOVAL**

| EXHIBIT | DOCUMENT |
|---|---|
| | |
| A | Complaint |
| B | Entry of Appearance Laurianne Falcone for Defendant, The GIANT Company, LLC |

Respectfully submitted by,
MARSHALL DENNEHEY, P.C.

____________________________________
Laurianne Falcone, Esquire
Pa. I.D. # 85764
2000 Market Street – Suite 2300,
Philadelphia, PA 19103
Tele. No.: (215) 575-2715
E-mail: LAFalcone@mdwcg.com
Attorney for Defendant, The GIANT Company, LLC

Dated: 8/19/26

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

LEROY WADE AND LINDA WADE, H/W

**(b)** County of Residence of First Listed Plaintiff DAUPHIN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
MARK R. COHEN, ESQUIRE, MORGAN & MORGAN, 2005 MARKET STREET, PHILADELPHIA, PA 19103 215-488-5352

## DEFENDANTS

The GIANT Company, LLC

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
LAURIANNE FALCONE, ESQUIRE, MARSHALL DENNEHEY, P.C., 2000 MARKET STREET, SUITE 2300, PHILADELPHIA, PA 19103 215-575-2715

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [X] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
28 USC 1332, 1441, 1446

Brief description of cause:
Plaintiff allegedly slipped and fell on liquid.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE N/A DOCKET NUMBER

DATE
August 19, 2026

SIGNATURE OF ATTORNEY OF RECORD
Laurianne Falcone

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: 2300 Linglestown Road, Harrisburg, PA 17110

***RELATED CASE IF ANY:*** Case Number:____________________ Judge:____________________________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

*A.* ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief ***see certification below***
☐ 16. All Other Federal Question Cases. *(Please specify)*:____________________

**B.** ***Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☒ 6. Other Personal Injury (*Please specify*): Premises
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*____________________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☐ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.